JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORY EUGENE GILL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil No. CV16-933-RAJ<br>Crim. Nos. CR11-026-RAJ,<br>CR11-066-RAJ, and CR11-077-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO VACATE ORDER GRANTING PETITIONER'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND TO PERMIT PETITIONER TO WITHDRAW HIS PETITION |

For good cause shown, the Court now GRANTS the stipulated motion of the parties and VACATES the February 7, 2017, Order granting Cory Gill's § 2255 petition (Dkt. #15) in the matter of *Gill v. United States of America*, Cause No. CV16-933RAJ.

Furthermore, the Court GRANTS Mr. Gill's request to withdraw the 28 U.S.C. § 2255 petition he filed on June 15, 2016, in the matter of *Gill v. United States of America*, Cause No. CV16-933RAJ (Dkt. #16).

DATED this 17th day of March, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO VACATE ORDER GRANTING PETITIONER'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND TO PERMIT PETITIONER TO WITHDRAW HIS PETITION - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100